| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Gary Peter Levin Sr <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–6353 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:** <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    12/8/16 |
| Case number: | 16–33380–ABA | Date case converted to chapter: | 7    5/22/17 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Gary Peter Levin Sr | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5038 Laydon Court <br> Mays Landing, NJ 08330 | |
| 4. | **Debtor's attorney** <br> Name and address | Gary Peter Levin Sr <br> 5038 Laydon Court <br> Mays Landing, NJ 08330 | Contact phone _____ |
| 5. | **Bankruptcy trustee** <br> Name and address | Thomas J Subranni <br> Subranni Zauber LLC <br> 1624 Pacific Avenue <br> Atlantic City, NJ 08401 | Contact phone (609) 347–7000 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street  Camden, NJ 08102  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 856–361–2300  Date: 5/24/17 |
| **7.** **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 22, 2017 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **1423 Tilton Road, Suite 5, Northfield, NJ 08225** |
| **8.** **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/21/17** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                         Case No. 16-33380-ABA
Gary Peter Levin, Sr                                           Chapter 7
        Debtor            CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: May 24, 2017
                               Form ID: 309A                Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
db             +Gary Peter Levin, Sr,    5038 Laydon Court,    Mays Landing, NJ 08330-2627
tr             +Thomas J Subranni,    Subranni Zauber LLC,    1624 Pacific Avenue,    Atlantic City, NJ 08401-6958
516538113      +Appearance Dermatology,    6106 Black Horse Pike B2,    Egg Harbor Twsp NJ 08234-9707
516538089      +Atlantic County Probation,    PO Box 5129,    Atlantic City NJ 08404-5129
516538094       Atlantic Medical Imaging,    PO Box 1564,    Indianapolis IN 46206-1564
516538111      +Atlantic Radiologists,    P.O. Box 7242,    North Brunswick, NJ 08902-7242
516538110      +Comcast,    P.O. Box 48370,    Jacksonville, FL 32247-8370
516538103       Comcast,    901 Leeds Ave,    Pleasantville, NJ 08232
516821762      +Donna Levin,    PO Box 173,    New Gretna, NJ 08224-0173
516538102      +GE Money Bank,    120 Corporate BLVD,    Norfolk, VA 23502-4952
516538100      +HSBC Bank,    500 Summit Lake Dr #4A,    Valhalla NY 10595-2323
516538109      +Hammonton MED,    30 Washington Ave C6,    Haddonfield, NJ 08033-3341
516538088      +Intensive Supervision,    PO Box 974,    Trenton NJ 08625-0974
516538099      +Lourdes Cardiology,    2501 Oregon Pike #120,    Lancaster PA 17601-4890
516538096      +Med Emrg Phy Assoc. S. Jersey,    1643 N, Harrison Pkwy H100,    Sunrise FL 33323-2857
516538095       Merrick Bank,    PO Box 66072,    Dallas TX 75266-0702
516538108      +Midland Funding LLC,    7 Entin Road,    Parsippany NJ 07054-5020
516538090      +NJ Lawyer Fund,    25 Market Street 5th FL,    Trenton, NJ 08611-2148
516648898      +NJ Lawyers' Fund for Client Protection,    P.O. Box 961,    Trenton, NJ 08625-0961
516648901      +NJ Lawyers' Fund on behalf of,    Intensive Supervision Program,    P.O. Box 961,
                 Trenton, NJ 08625-0961
516538093       Stoneberry,    PO Box 2820,    Monroe WI 53566-8020
516601081      +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516755354      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516814794       US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
516538107      +Verizon,    53 Perimeter Center E440,    Atlanta GA 30346-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 24 2017 22:35:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2017 22:35:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516538098      +EDI: GMACFS.COM May 24 2017 22:18:00      Ally Financial,    Po Box 380901,
                 Bloomington, MN 55438-0901
516576838       EDI: GMACFS.COM May 24 2017 22:18:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
516538097      +EDI: AMEREXPR.COM May 24 2017 22:18:00      American Express,    PO Box 981537,
                 El Paso TX 79998-1537
516745825       EDI: BECKLEE.COM May 24 2017 22:18:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516616658       EDI: AIS.COM May 24 2017 22:23:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
516634937      +E-mail/Text: bankruptcy@cavps.com May 24 2017 22:35:31      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516538101      +EDI: CHASE.COM May 24 2017 22:23:00      Chase Bank,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
516538091       EDI: BLUESTEM May 24 2017 22:23:00      Fingerhut,    PO Box 1250,    Saint Cloud MN 56395-1250
516538092       EDI: IRS.COM May 24 2017 22:18:00      Internal Revenue,    PO Box 7346,
                 Philadelphia PA 19101-7346
516605205       EDI: MERRICKBANK.COM May 24 2017 22:18:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
516538112       EDI: PRA.COM May 24 2017 22:18:00      Portfolio Recovery Assoc,    PO Box 12914,
                 Norfolk, VA 23541
516538104       EDI: RMSC.COM May 24 2017 22:18:00      SYNCB/Amazon,    PO Box 965015,    Orlando FL 32896-5015
516538105       EDI: RMSC.COM May 24 2017 22:18:00      Syncb/Paypal,    P.O. Box 965005,    Orlando FL 32896-5005
516538106       EDI: RMSC.COM May 24 2017 22:18:00      Syncb/Sams Club,    P.O. Box 965005,
                 Orlando FL 32896-5005
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516648864       NJ Lawyers' Fund for Client Protection
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: May 24, 2017
                              Form ID: 309A              Total Noticed: 41
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Ruby D. Cochran    on behalf of Creditor   NJ Lawyers' Fund for Client Protection
               ruby.cochran@judiciary.state.nj.us
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
               ons.com;hinnaurato@subranni.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```